**Earl LEONARD, Appellant, v. STATE, Appellee.**

**No. 23713.**

Court of Criminal Appeals of Texas.

April 30, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for selling whisky in a dry area, punishment assessed being a fine of $1,000.

Appellant has filed his affidavit requesting the dismissal of his appeal, and upon said request the appeal is dismissed.